No. 112, Misc. WILSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1219, Misc. TRAUB v. CONNECTICUT. Motion to use the record in No. 1285, Misc., October Term, 1962, granted. Petition for writ of certiorari to the Supreme Court of Errors of Connecticut denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. John D. LaBelle* and *Harry W. Hultgren, Jr.* for respondent.

No. 58. A. L. MECHLING BARGE LINES, INC., ET AL. v. UNITED STATES ET AL., 376 U. S. 375;

No. 59. BOARD OF TRADE OF THE CITY OF CHICAGO v. UNITED STATES ET AL., 376 U. S. 375;

No. 684. SUPERIOR OIL CO. v. FEDERAL POWER COMMISSION, *ante,* p. 922;

No. 821, Misc. MASSENGALE v. MASSENGALE, 376 U. S. 970;

No. 856, Misc. SANDERS v. ALABAMA, *ante,* p. 125; and

No. 1094, Misc. KIMBALL v. UNITED STATES, *ante,* p. 911. Petitions for rehearing denied.

No. 34. BROTHERHOOD OF RAILROAD TRAINMEN v. VIRGINIA EX REL. VIRGINIA STATE BAR, *ante,* p. 1. Motion of American Bar Association for leave to file a brief, as *amicus curiae,* in support of rehearing granted. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this motion and petition.